# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Student Doe** | ) |
| **by parent and "next friend"** | ) |
| **Father Doe** | ) |
| **Mail:** | ) |
| **PO Box #320077** | ) |
| **West Roxbury, MA 02132** | ) |
| **email: johnDoeBPS2018@gmail.com** | ) |
|    **Plaintiff, Appellant** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **Laura Perille, Superintendent** | ) |
| **Boston Public Schools** | ) |
| **2300 Washington Street** | ) |
| **Boston, MA 02119** | ) |
| **lPerille@bostonPublicSchools.org** | ) |
| **legal@bostonpublicschools.org** | ) |
| **voice 617-635-9320** | ) |
|   *represented by* | ) |
| **Karen G Castaneda, Esq.** | ) |
| **Assistant Corporation Counsel** | ) |
| **Office of the Legal Advisor** | ) |
| **Boston Public Schools** | ) |
| **kcastaneda2@bostonpublicschools.org** | ) |
| **voice 617-635-9323** | ) |
|   **Defendant** | ) |
| _____ | ) |

## **MOTION TO PROCEED UNDER PSEUDONYMN**

1. Plaintiff hereby requests this honorable court to allow plaintiff to proceed under a pseudonym to protect the identity of minor child Student Doe. The public interest is not harmed by this case being filed under a pseudonym since the material elements of the case are public and the public would not gain any additional benefit from knowledge of the specific name of Student Doe. The interest of vulnerable minor child Student Doe however would be harmed by publication on the internet of his name for the rest of his life. This court has previously noted that protection of the identity of a minor child is good reason for filing under pseudonym.

Humbly and Respectfully,

Father Doe /electronically signed/      August 31, 3018

Mail: PO Box 320077, West Roxbury, MA 02132

email: johnDoeBPS2018@gmail.com

I certify that the above is sent to Defendant by email at

legal@bostonpublicschools.org , lPerille@bostonPublicSchools.org,

kcastaneda2@bostonpublicschools.org on August 31, 2018.

Father Doe /electronically signed/