# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUDENT DOE                              )<br>By Parent and "Next Friend" FATHER DOE  )<br>    Plaintiff                              )<br>                                          )<br>V.                                        )<br>Laura Perille, Superintendent of          )<br>Boston Public Schools                     )<br>Defendants.                               )<br>                                          ) | Civil Action No. 18-11875 |

## DEFENDANTS' MOTION TO DISMISS THE PLAINITFF'S COMPLAINT

NOW COMES the Defendant, Laura Perille, Superintendent of Boston Public Schools, (hereinafter, "Defendant"), who moves to dismiss the Plaintiff's Complaint pursuant to Massachusetts Rules of Civil Procedure, Rule 12(b), for failure to state a claim upon which relief can be granted. Defendant also respectfully requests dismissal on any other ground deemed applicable and just by the Court, and reserve the right to assert any new grounds of defense at oral argument on this matter. In support of this motion, the Defendant submits the attached Memorandum of Law.

September 25, 2018

Respectfully submitted,
Defendant, City of Boston Public Schools,
By its Attorney, Corporation Counsel
Eugene O'Flaherty, Esq.

*/S/ Karen G. Castaneda*
Karen G. Castaneda, BBO #662080
Assistant Corporation Counsel
Boston Public Schools
2300 Washington Street, 4th Floor
Boston, MA  02119
(617) 635-9320

1

## CERTIFICATE OF SERVICE

    I, Karen G. Castaneda, hereby certify that this Motion to Dismiss was filed and served on September 25, 2018, was served upon Plaintiff via first class mail

        Pankaj Merchia
        PO Box #320077
        West Roxbury, MA 02132

and electronically via ECF/CM.

        */s/ Karen G. Castaneda*