UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

STUDENT DOE

v.                                                    CIVIL ACTION NO. 18-11875-DJC

LAURA PERILLE

ORDER TO SHOW CAUSE

CASPER, D.J.

Deadline for filing opposition to defendant's motion to dismiss was October 9, 2018. Plaintiff has failed to file opposition by this deadline. Accordingly, plaintiff has until January 25, 2019 to show cause why this case should not be dismissed and file any opposition to the pending motion.  Failure to do so may result in immediate dismissal of this case.

January 8, 2019

/s/ Lisa M. Hourihan
-------------------------
Deputy Clerk