## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **STUDENT DOE** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 18-11875-DJC |
| | ) | |
| v. | ) | |
| | ) | |
| **LAURA PERILLE** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER DISMISSING CASE

**CASPER, J.**                                                                                       January 30, 2019

In an order dated January 8, 2019, (D. 33), the Court directed the plaintiff to show cause why this action should not be dismissed and file any opposition to the pending motion to dismiss. The Court stated that failure to comply with the directive by January 25, 2019 would result in dismissal of the action.

The time period for complying with the Court's order has expired without any response from the plaintiff. Accordingly, this case is dismissed for failure to comply with the Court's order.

**So ordered.**

/s/ Denise J. Casper
United States District Judge